SUE FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar Number 5634
SKYLER H. PEARSON
Assistant Unites States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Skyler.Pearson@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JUAN C. ESTRADA-ESTRADA,<br><br>　　　　　Defendant. | Case No.:　　2:24-mj-0493-BNW<br><br>**STIPULATION TO CLOSE CASE** |

 IT IS STIPULATED AND AGREED, by and between SUE FAHAMI, Acting United States Attorney, and Skyler Pearson, Assistant United States Attorney, counsel for the United States of America, and Jay L. Siegel, Esquire, counsel for the defendant Juan C. Estrada-Estrada, that the above-captioned matter be closed.

 This Stipulation is entered into based upon the following:

 1. On or about September 18, 2024, defendant entered into a Petty Offense Agreement with the United States in which he agreed to plead guilty to the Amended Count One of the Complaint, Reckless Driving, in violation of 36 C.F.R. § 4.2(b); N.R.S. § 484B.653(1). *See* ECF No. 13.

2. The parties agreed to recommend that defendant be sentenced to one year of unsupervised probation with the following special conditions: (i) pay a $500.00 fine and a mandatory $10 penalty assessment; (ii) attend and complete the Lower Court Counseling's (1) DUI course and (2) Victim Impact Panel; (iii) not return to Lake Mead National Recreation Area for a period of six (6) months; and (iv) not violate any local, state, or federal laws for a period of six (6) months.

3. On September 18, 2024, this Court sentenced defendant pursuant to the parties' plea agreement. *See* ECF No. 13.

4. Since commencing his term of unsupervised probation, defendant has successfully completed conditions (i), (ii), (iii), and (iv).

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

5. The parties jointly request that the above-captioned matter be closed.

DATED this 10th day of March, 2025.

Respectfully submitted,

SUE FAHAMI
Acting United States Attorney

 /s/   Jay L. Siegel                                             /s/ Skyler Pearson
JAY L. SIEGEL, ESQ.                               SKYLER PEARSON
Attorney for Defendant                            Assistant United States Attorney
**JUAN C. ESTRADA-ESTRADA**

3

# UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JUAN C. ESTRADA-ESTRADA, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Case No.:   2:24-mj-0493-BNW <br><br> **ORDER TO CLOSE THE CASE** |

    Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

    1.    Defendant Juan C. Estrada-Estrada has successfully completed the conditions of his sentencing.

## **ORDER**

    IT IS HEREBY ORDERED that the parties move the Court in the above-captioned matter case be closed, as all requirements have been completed.

    DATED this ____11th____ day of March, 2025

_____
UNITED STATES MAGISTRATE JUDGE

4